# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN REDMOND, <br><br> Plaintiff, <br><br> v. <br><br> ROSIE RIVERA *et al.*, <br><br> Defendants. | **MEMORANDUM DECISION AND ORDER** <br><br> Case No. 2:19-CV-1008-HCN <br><br> Howard C. Nielson, Jr. <br> United States District Judge |

Plaintiff, John Redmond, a former inmate at Salt Lake County Jail, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. On August 12, 2021, the court concluded that, because on three or more prior occasions while he has been incarcerated Plaintiff has filed actions that were ultimately dismissed as "frivolous or malicious or fail[ing] to state a claim upon which relief may be granted," 28 U.S.C. § 1915(g), Plaintiff could not proceed *in forma pauperis* and ordered him to pay "the entire $350 filing fee within thirty days," Dkt. No. 35. The court further warned that "Plaintiff's complaint will be dismissed unless he pays the entire $350 filing fee within thirty days." *Id.* at 2.

On March 30, 2022, the court denied Plaintiff's motion for reconsideration of that order and ordered that Plaintiff must pay the full $350 filing fee "no later than April 29, 2022." Dkt. No. 58 at 3. More than three months after that deadline has passed, the filing fee remains unpaid, and the only documents filed by Plaintiff since then are evidentiary documents irrelevant to the filing fee.

**IT IS HEREBY ORDERED** that Plaintiff shall file a brief showing cause why this case should not be dismissed for failure to prosecute or to comply with court orders no later than August 29, 2022. *See* D. Utah Civ. R. 83-1.3(e). Failure to do so will result in this action's dismissal for failure to prosecute and to comply with the court's orders. *See* Fed. R. Civ. P. 41(b).

DATED this 29th day of July, 2022.

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge